IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02203-MSK-BNB

INTERNATIONAL HOUSE OF PANCAKES, INC., a Delaware corporation,
IHOP PROPERTIES, INC., a California corporation, and
IHOP RESTAURANTS, INC., a Delaware corporation,

    Plaintiffs,

v.

ASGHAR HAJLOO, an individual,
SUPERIOR HAJLOO, INC., a Colorado corporation,
PUEBLO HAJLOO, INC., a Colorado corporation, and
ASHLEIGH, INC., a Colorado corporation,

    Defendants.

---

### ORDER SETTING HEARING
---

THIS MATTER is before the Court pursuant to the **Stipulated Motion to Stay Proceedings Concerning Defendants' Petition to Vacate Arbitration Award (# 64)**. The Court will hear this motion at a 15-minute, non-evidentiary hearing on **Friday, July 22, 2005** at **10:00 a.m.**

Dated this 15th day of July, 2005.

                                          **BY THE COURT:**

                                          *Marcia S. Krieger*
                                          _____

Marcia S. Krieger
United States District Judge