IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02203-MSK-BNB

INTERNATIONAL HOUSE OF PANCAKES, INC., a Delaware corporation,
IHOP PROPERTIES, INC., a California corporation, and
IHOP RESTAURANTS, INC., a Delaware corporation,

    Plaintiffs,

v.

ASGHAR HAJLOO, an individual,
SUPERIOR HAJLOO, INC., a Colorado corporation,
PUEBLO HAJLOO, INC., a Colorado corporation, and
ASHLEIGH, INC., a Colorado corporation,

    Defendants.

---

## ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE OF LISA E. FRANKEL

THIS MATTER having come before the Court on Defendants Asghar Hajloo, Superior Hajloo, Inc., Pueblo Hajloo, Inc. and Ashleigh, Inc.'s Motion for Withdrawal of Appearance of Lisa E. Frankel & Substitution of James V. Pearson as Counsel, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED:

Lisa E. Frankel be allowed to withdraw her appearance in this matter. Substitution of counsel is not authorized by D.C.COLO.LCivR 11.1, however, Mr. James V. Pearson has effectively

entered his appearance by signing and filing a pleading upon the Defendants' behalf.

Dated this 19th day of August, 2005.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge