IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02203-MSK-BNB

INTERNATIONAL HOUSE OF PANCAKES, INC., a Delaware corporation,
IHOP PROPERTIES, INC., a California corporation, and
IHOP RESTAURANTS, INC., a Delaware corporation,

    Plaintiffs,

v.

ASGHAR HAJLOO, an individual,
SUPERIOR HAJLOO, INC., a Colorado corporation,
PUEBLO HAJLOO, INC., a Colorado corporation, and
ASHLEIGH, INC., a Colorado corporation,

    Defendants.

_____

## ORDER REGARDING COMPLIANCE WITH RULES
_____

THIS MATTER comes before the Court on the Stipulated Motion for Extension of Time to File Defendants' Reply to Response to Petition to Vacate Arbitration Award **(#77)** filed by defendants counsel.  A review of the Motion  indicates that counsel has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 6.1(D),

    **IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

Dated this 11th day of October, 2005.

                                                **BY THE COURT:**

*/s/ Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge